COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION FOR EN BANC RECONSIDERATION

Cause number:  01-16-00754-CV

Style:          *In the Interest of G.G.*

Type of motion:      Motion for en banc reconsideration filed November 15, 2017

Party filing motion:    Appellant

The Court, having voted unanimously to deny en banc review, **orders** that the motion for reconsideration en banc is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date:  February 8, 2018